# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| ECOFACTOR, INC., *Plaintiff,* | § § § § § § § § § § § | |
| v. | | Case No. 6:20-CV-00078-ADA |
| ECOBEE, INC., *Defendant.* | | |

## SCHEDULING ORDER

Having confirmed the agreement of the parties to reschedule the trial for a later date, the Court hereby **VACATES** the trial date and **ORDERS** the parties to meet and confer on a new trial date. The parties shall contact the Court's law clerk for scheduling assistance.

SIGNED this 29th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE