IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>       Plaintiff,<br>    v.<br><br>ECOBEE, INC.,<br><br>       Defendant. | Case No.: 6:20-cv-00078-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's March 29, 2022 Scheduling Order (Dkt. No. 133), Plaintiff EcoFactor, Inc. ("EcoFactor") and Defendant ecobee, Inc. ("ecobee") hereby jointly notify the Court of certain agreed amendments to the Scheduling Order and hereby request that the Court enter the proposed dates for the parties' final pretrial conference and trial. The table below contains the parties' agreed-upon modifications and proposed dates for the final pretrial conference and trial that the parties understand are suitable to the Court:

| Item | Current Date | Proposed New Date |
|---|---|---|
| Serve Objections to Rebuttal Disclosures and File Motions in Limine | Mar. 31, 2022 | Aug. 3, 2022 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file opposition to motions in *limine* | Apr. 14, 2022 | Aug. 17, 2022 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine* | Apr. 20, 2022 | Aug. 23, 2022 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine* | Apr. 27, 2022 | Aug. 30, 2022 |
| Final Pretrial Conference | May 4, 2022 at 1:00 pm | Sept. 6, 2022 at 1:30 pm |

1

| Item | Current Date | Proposed New Date |
|---|---|---|
| Trial | May 23, 2022 at 9:00 am | Sept. 26, 2022 at 9:00 am |

Dated: May 6, 2022

Respectfully submitted,                                  Respectfully submitted,

/s/ *Reza Mirzaie*                                       /s/ *Rudoph Tescher, Jr.*
Reza Mirzaie                                             Rudolph A. Telscher, Jr.
Marc A. Fenster                                          Missouri Bar No. 41072*
Paul A. Kroeger                                          rudy.telscher@huschblackwell.com
James N. Pickens                                         Kara R. Fussner
Kristopher R. Davis                                      Missouri Bar No. 54656*
Minna Y. Chan                                            kara.fussner@huschblackwell.com
Matthew Aichele                                          Daisy Manning
Adam S. Hoffman                                          Missouri Bar No. 62134*
RUSS AUGUST & KABAT                                      daisy.manning@huschblackwell.com
12424 Wilshire Boulevard 12th Floor                      HUSCH BLACKWELL LLP
Los Angeles, California 90025                            190 Carondelet Plaza, Suite 600
Tel: 310-826-7474                                        St. Louis, MO 63105
Fax: 310-826-6991                                        314.480.1500 Telephone
rak_ecofactor@raklaw.com                                 314.480.1505 Facsimile

*Attorneys for Plaintiff EcoFactor, Inc.*                Ryan B. Hauer
                                                         Illinois Bar No.6320758*
                                                         ryan.hauer@huschblackwell.com
                                                         HUSCH BLACKWELL LLP
                                                         120 South Riverside Plaza, Suite 2200
                                                         Chicago, IL 60606
                                                         312.655.1500 Telephone
                                                         312.655.1501 Facsimile

                                                         *Admitted *Pro Hac Vice*

                                                         Jennifer P. Ainsworth
                                                         WILSON, ROBERTSON & CORNELIUS, P.C.
                                                         909 ESE Loop 323, Suite 400
                                                         Tyler, Texas 75701
                                                         (903) 509-5000 Main
                                                         (903) 509-5001 Direct
                                                         (903) 509-5092 Fax
                                                         Email: jainsworth@wilsonlawfirm.com

                                                         Manny J. Caixeiro

        VENABLE, LLP
        2049 Century Park East, Suite 2300
        Los Angeles, CA 90067
        310-229-9900
        Fax: 310-229-9901
        Email: MJCaixeiro@venable.com

        Timothy J. Carroll
        Vivian Sandoval
        Steve M. Lubezny
        VENABLE LLP
        227 West Monroe Street, Suite 3950
        Chicago, IL 60606
        312-820-3400
        Fax: 312-820-3401
        Email: tjcarroll@venable.com
        vsandoval@venable.com
        smlubezny@venable.com

        *Attorneys for Defendant ecobee, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 6th day of May 2022, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

                                                    /s/     *Reza Mirzaie*